**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

|  |  |
|---|---|
| YUPOONG INC.; <br> FLEXFIT LLC, <br><br> Plaintiffs, <br><br> v. <br><br> THE 723 INDIVIDUALS, CORPORATIONS, LIMITED LIABILITY COMPANIES, PARTNERSHIPS, AND UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE A HERETO, <br><br> Defendants. | Case No.: 1:19-cv-06675 |

**PLAINTIFFS' NOTICE OF VOLUNTARY DISMISSAL OF CERTAIN DEFENDANTS**

TO THE COURT AND ALL INTERESTED PARTIES:

PLEASE TAKE NOTICE that, pursuant to Fed. R. Civ. Pro. 41(a)(1)(i), Plaintiffs YUPOONG INC. and FLEXFIT LLC (collectively "Plaintiffs") voluntarily dismiss the following Defendants as listed on Schedule A to the Complaint **with prejudice**:

| No. | Seller Names | Defendant Online Marketplace |
|---|---|---|
| 14 | Beijing Yanwina Technology Corp., Ltd. | https://yanwina.en.alibaba.com |
| 240 | sharoyako_7 | https://www.ebay.com/usr/sharoyako_7 |
| 561 | C1181010524 | https://www.dhgate.com/store/20597360 |
| 694 | chen5598 | https://www.dhgate.com/store/20601646 |

As of the time of filing this Notice of Dismissal, the listed Defendants have not served an answer or motion for summary judgment.

Dated: February 14, 2020

Respectfully submitted,
DUNLAP BENNETT & LUDWIG, PLLC

By: /s/ *Nicholas A. Kurtz*
Nicholas A. Kurtz
ARDC No. 6320053
Dunlap Bennett & Ludwig, PLLC
55 E. Monroe, Suite 3800
Chicago, IL 60603
(312) 868-0714
nkurtz@dbllawyers.com
*Counsel for Plaintiffs*
YUPOONG INC. and FLEXFIT LLC